ROBERT T. JOHNSON, as Administrator of the Estate of ROBERT T. JOHNSON, Jr., Deceased, Respondent, *v.* HEMPSTEAD BUS CORP., Appellant.

Submitted April 14, 1947; decided April 17, 1947.

*Philip Huntington* and *Henry Vollmer, Jr.* for motion.
*Ralph Stout* and *Gustave G. Rosenberg* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.